# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143123(46)

Estate of DARRYL HOUSTON PRICE.
_____

NASTASSIA PRICE and ERIN DUFFY-PRICE,
Personal Representatives of the Estate of Darryl
Houston Price,
          Plaintiffs,

v

LORI JEAN KOSMALSKI and TRADE
DEVELOPMENT COMPANY, a/k/a TRADE
WORLD COMPANY, INC.,
          Defendants,

and

Estate of RUDAFORD R. STERRETT, JR.,
          Defendant-Appellee,

and

THOMAS WOODS, Receiver,
          Appellee,

and

DART BANK,
          Intervening Defendant-Appellant.
_____

SC: 143123
COA: 295212
Ingham CC: 06-000228-NZ

On order of the Chief Justice, the motion by the Michigan Bankers Association and the Michigan Credit Union League for leave to file a brief *amicus curiae* in this case is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2012

_____
Clerk